**Dennis E. YARRELL, Plaintiff–Appellant,**

v.

**Caroline BUCHANAN, Mailroom Clerk; Marcus Hughes, Superintendent at Avery–Mitchell Correctional Institution, Defendants–Appellees.**

No. 01–7193.

United States Court of Appeals, Fourth Circuit.

Submitted Jan. 31, 2002.

Decided Feb. 6, 2002.

Dennis E. Yarrell, Appellant Pro Se.

Before NIEMEYER, WILLIAMS, and MICHAEL, Circuit Judges.

PER CURIAM.

Dennis E. Yarrell appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp.2001) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *Yarrell v. Buchanan,* No. CA–01–148–1–MU–2 (W.D.N.C. filed July 11, 2001 & entered July 12, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*